NUMBER 13-05-107-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________

JOHN BRISCOE,                                                               Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
_________________________________________________________

On appeal from the 177th District Court 
of Harris County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, JOHN BRISCOE, attempted to perfect an appeal from a judgment
entered by the 177th District Court of Harris County, Texas. Sentence in this cause
was imposed on February 17, 1995. The notice of appeal was due to be filed on
March 19, 1995, but was not filed until January 3, 2005. Said notice of appeal is
untimely filed. 
         Tex. R. App. P. 26.3 provides that the court of appeals may grant an extension
of time for filing notice of appeal if such notice is filed within fifteen days of the last
day allowed and within the same period a motion is filed in the court of appeals
reasonably explaining the need for such extension. Appellant failed to file his notice
of appeal and a motion requesting an extension of time within such period. 
         The Court, having considered the documents on file and appellant's failure to
timely perfect his appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 28th day of April, 2005.